UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE:<br><br>**DEANIE HAIR CREECH,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 05-51710** |
| **W. JOSEPH BURNS, Trustee in Bankruptcy for DEANIE HAIR CREECH,**<br><br>Plaintiff,<br><br>vs.<br><br>**DEANIE HAIR CREECH,**<br><br>Defendant. | **Adversary Proceeding No.**<br>**05-06055** |

## MOTION TO APPROVE SETTLEMENT

NOW COMES W. Joseph Burns, Trustee in Bankruptcy for the Estate of Deanie Hair Creech, ("Movant"), by and through counsel, and hereby moves the Court for approval of a settlement by means of a Settlement Agreement and Release. In support of this motion, Movant shows unto the Court:

1. A Complaint was filed against Deanie Hair Creech, ("Defendant") on November 21, 2006, seeking to recover real estate and to sell and liquidate the real estate for the benefit of the estate and creditors.

2. After Trial in this matter, a settlement was reached between the parties for the amount of $30,000.00.

3. The Parties have agreed to settle this matter by means of a Settlement Agreement and Release for the amount of $30,000.00. This will constitute a full settlement of this matter, upon approval of this settlement by the Court.

WHEREFORE, movant respectfully moves the Court for approval of this settlement.

This the 21st day of August 2006.

>    */s/ Robert E. Price, Jr.*
>    Robert E. Price, Jr.
>    N.C. State Bar No. 9422
>    Attorney for Movant

OF COUNSEL:

PRICE LAW OFFICE
1144 West Fourth Street
Winston-Salem, NC 27101

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE:<br><br>**DEANIE HAIR CREECH,**<br><br>Debtor. | Chapter 7<br>Case No. 05-51710 |
| **W. JOSEPH BURNS, Trustee in Bankruptcy for DEANIE HAIR CREECH,**<br><br>Plaintiff,<br><br>vs.<br><br>**DEANIE HAIR CREECH,**<br><br>Defendant. | **Adversary Proceeding No.<br>05-06055** |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the attached **Motion to Approve Settlement** in the above captioned case was duly served on the parties listed below by depositing said copy in the United States Mail, Winston-Salem, North Carolina, first class, postage fully prepaid and addressed as follows:

John H. Boddie
407-D Parkway
Greensboro, NC 27401

Deanie Hair Creech
PO Box 614
Welcome, NC 27374

Michael D. West, Esquire
United States Bankruptcy Administrator
Middle District of North Carolina
P.O. Box 1828
Greensboro, N.C. 27402

This the 21st day of August, 2006.

/s/ Robert E. Price, Jr.
Robert E. Price, Jr.
N.C. State Bar No. 9422
Attorney for Movant

OF COUNSEL:

PRICE LAW OFFICE
1144 West Fourth Street
Winston-Salem, NC 27101